THE STATE OF FLORIDA, on the relation of MILLARD B. GIBSON, ALLAN B. CLEARE, and CLARENCE H. PIERCE, who constitute the Board of Public Instruction of Monroe County, Florida, *Relators*, v. CARL BERVALDI, WILLIAM R. PORTER, BRAXTON B. WARREN, NORBERG THOMPSON, and ROY S. FULFORD, constituting the Board of County Commissioners of Monroe County, Florida, individually and as the Board of County Commissioners of Monroe County, Florida, and EUGENE L. ALBURY, assessor of taxes of Monroe County, Florida, *Defendants*.

138 So. 382.

En Banc.

Decision filed December 18, 1931.

*Wm. H. Malone*, for Relators;

*Wm. V. Albury*, for Respondents.

PER CURIAM.—In this case the original mandamus proceeding brought in this Court to compel the County Commissioners of Monroe County to levy the amount of taxes determined by the Board of Public Instruction to be levied for school purposes in that county, is abated and dismissed on the ground that the same matter has this day been determined by this Court on writ of error to a judgment of the Circuit Court ordering the peremptory writ to issue in regard to the same duty.

Mandamus proceeding abated and dismissed.

BUFORD, C.J., AND WHITFIELD, , TERRELL, BROWN AND DAVIS, J.J., concur.